UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONATHAN WATERS,<br><br>                    Plaintiff,<br><br>    v.<br><br>CHRISTOPHER MITCHELL, et al.,<br><br>                    Defendants. | CASE NO. C21-0087JLR<br><br>ORDER |

Federal Rule of Civil Procedure 4 requires a plaintiff to serve the defendant with a summons and a copy of the plaintiff's complaint and sets forth the specific requirements for doing so. *See* Fed. R. Civ. P. 4. Rule 4(m), which provides the timeframe in which service must be effectuated, states in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

ORDER - 1

Fed. R. Civ. P. 4(m). On June 21, 2022, the court extended the time for Plaintiff Jonathan Waters to serve Defendants Christopher Mitchell and Jane Doe Mitchell to October 14, 2022 for good cause shown. (6/21/22 Order (Dkt. # 19).) The mid-October deadline allowed Mr. Waters to serve the Mitchells after Mr. Mitchell returned from a fishing trip in Alaska, where he was not amenable to service. *Id.* That deadline has now passed and Mr. Waters has not presented any evidence that he has served the Mitchells with a summons and copy of his amended complaint. (*See id.*; *see generally* Dkt.)

The court therefore ORDERS Mr. Waters to SHOW CAUSE within ten (10) days of the date of this order why Defendants Christopher Mitchell and Jane Doe Mitchell should not be dismissed for failure to comply with Rule 4(m). If Plaintiff does not demonstrate good cause for the failure, the court will dismiss the above-named Defendants without prejudice.

Dated this 25th day of October, 2022.

JAMES L. ROBART
United States District Judge

ORDER - 2