UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JONATHAN WATERS,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTOPHER MITCHELL, et al.,<br><br>　　　　　　　Defendants. | CASE NO. C21-0087JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Plaintiff Jonathan Waters's motion for leave to file an overlength brief in support of his forthcoming motion for default judgment. (Mot. (Dkt. # 26).) Defendants Christopher Mitchell and Jane Doe Mitchell have not appeared in the action. (*See* Dkt.) Mr. Waters asks the court to raise the usual word limit for motions for default judgment where the opposing party has not appeared from 2,100 words to 8,400 words, or in the alternative, to 4,200 words. (*See* Mot. at 1); *see also* Local Rules W.D.

MINUTE ORDER - 1

Wash. LCR 55(b)(4), 7(d)(1). Mr. Waters asserts the additional words are necessary to address the deficiencies identified by the court in his previous motion for default judgment. (*See* Mot at 2 (citing 4/28/22 Order (Dkt. # 11)).)

The court GRANTS in part Mr. Waters's motion (Dkt. # 26). Mr. Waters's motion for default judgment must not exceed 4,200 words.

The court further reminds Mr. Waters to comply with this District's Local Rules, including the required word count certification. Local Rules W.D. Wash. LCR 7(3)(6). Failure to follow the Local Civil Rules in the future may result in the motion or brief being stricken from the docket.

Filed and entered this 20th day of April, 2023.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk